IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DRIVER,

              Petitioner,              No. CIV S-10-1303 DAD P

    vs.

MIKE McDONALD, et al.,

              Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Through his application for habeas relief petitioner seeks to challenge a judgment of conviction entered against him by the Alameda County Superior Court.  While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

/////

1

1        1.  This court has not ruled on petitioner's application to proceed in forma

2  pauperis; and

3        2.  This matter is transferred to the United States District Court for the Northern

4  District of California.

5   DATED: June 4, 2010.

6

7                                                        _____

                                                         DALE A. DROZD
8                                                        UNITED STATES MAGISTRATE JUDGE

9

10  DAD:md
    driv1303.108
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26